**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **PROFESSIONAL SPECIALIZED** | ) | |
| **PHARMACIES, LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **vs.** | ) | **10-0724-CV-W-JTM** |
| | ) | |
| **ARGUS HEALTH SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

Pursuant to the Stipulation of Dismissal [Doc. 42] filed April 4, 2011, it is

**ORDERED** that this action, and all claims and cross-claims asserted in this action, are

**DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.


                    _/s/ JOHN T. MAUGHMER_
                       John T. Maughmer
                  United States Magistrate Judge